An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

GABRIEL WAYNE YATES,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 67168

**FILED**

FEB 2 3 2015



*ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of first degree murder. Eighth Judicial District Court, Clark County; David B. Barker, Judge.

The judgment of conviction was entered on October 8, 2014. The notice of appeal was filed in the district court on December 30, 2014, well after the 30-day appeal period prescribed by NRAP 4(b)(1)(A). We lack jurisdiction to consider this appeal, *see Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) ("[A]n untimely notice of appeal fails to vest jurisdiction in this court."), therefore we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

cc: Hon. David B. Barker, District Judge
Gabriel Wayne Yates
Daniel J. Albregts, Ltd.
Langford McLetchie LLC
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-05676